UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

THOMAS TAYLOR PENNIX                                    CASE NO. 18-21469
TERESA LYNN PENNIX

DEBTORS

## ORDER

This matter is before the Court on Debtors' Motion to Avoid Judgment Lien. [ECF No. 14.] The Motion seeks to avoid a judicial lien attached to real property located at 1919 Georgetown Drive, Burlington, KY 41005, as impairing their exemption under 11 U.S.C. § 522(f). The relief requested cannot be granted because the Motion was not properly served pursuant to Federal Rule of Bankruptcy Procedure 7004(h). Based on the foregoing, it is ORDERED that Debtors' Motion is DENIED without prejudice.

1

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, January 14, 2019
(tnw)