**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

| | |
|---|---|
| THOMAS TAYLOR PENNIX | CASE NO. 18-21469 |
| TERESA LYNN PENNIX | |
| DEBTOR(S) | CHAPTER 7 |

**MOTION TO AVOID JUDGMENT LIENS**

Comes now the Debtors, Thomas Taylor Pennix and Teresa Lynn Pennix, by and through counsel and pursuant to 11 U.S.C. §522(f)(1)(A) and respectfully requests the Court to enter an Order avoiding the following judgment liens:

1. TD Bank USA, N.A in the amount of $1,052.71

As Grounds for the avoidance of said lien the Debtors state as follows:

1. TD Bank, USA, N.A. As Successor In Interest To Target National Bank filed a lien in the amount $1,052.71 in the Boone County Clerks Records on October 25, 2018 in Book E162, Page 507.

2. The above lien is a judicial liens.

3. The Debtors own a parcel of real estate located at 1919 Georgetown Drive, Burlington, KY 41005 with a value of $214,000.00.

4. The Debtors' real estate is secured by a first mortgage to Wells Fargo in the amount of $206,524.12 as of the date of filing the Bankruptcy Petition.

5. The Debtors also have a second mortgage to ICON in the amount of $20,000.00 as of the date of filing the Bankruptcy Petition. The Debtors have not claimed a homestead exemption in the real estate pursuant to 11 U.S.C.

§522(d)(1) as the amount of the first and second mortgages exceed the value of the real estate.   However the Debtors are entitled to the homestead exemption.

6. The above mentioned judgment liens impair the exemptions of the Debtors and should be avoided.

The Debtor provides the following information:

A.  Amount of lien to be avoided                                             $1,052.71
B.  Amount of other liens                          $226,524.12
C.  Value of Claimed Exemption                 0.00
    11 U.S.C. §522(d)(1)
D.  Total of lines A,B, and C                                                 $227,576.83
E.  Value of Debtor Interest in property    $214,000.00
F.  Subtract Line E from line D                                              ($13,576.83)
G.  Extent of Impairment                                                      100%

Wherefore, the Debtors move the Court to enter an order pursuant to 11 U.S.C. §522(f)(1)(A) to avoid the Judicial Liens of TD Bank USA, N.A.

/s/ L. Craig Kendrick_____
L. Craig Kendrick
Attorney for Debtor
7000 Houston Road
Building 300, Suite 25
Florence, Kentucky 41042
(859) 371-4321

## NOTICE

Please take notice that unless written objection is filed within fourteen (14) days from the date of this notice, the Court may enter an order granting the relief requested without further hearing.  Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588.  Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 305, Covington, Kentucky.  A copy of the objection shall be filed upon the Trustee and the United States Trustee at the address listed herein.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of January, 2019, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

U.S. Trustee
100 East Vine Street, Suite 500
Lexington, KY  40507
ustpregion08.1x.ecf@usdo

Michael L. Baker, Trustee

TD Bank USA, N.A.
Certified Mail
Highest Ranking Officer
2035 Limestone Road
Wilmington, DE 19808

Robert K. Hogan, Esq.
1100 Superior Ave., 19th Floor
Cleveland, OH 44114-2521

/s/ L. Craig Kendrick