**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| **THOMAS TAYLOR PENNIX** | **CASE NO: 18-21469** |
| **TERESA LYNN PENNIX** | |
| | **JUDGE: TRACEY N. WISE** |
| **DEBTORS** | |

**TRUSTEE'S ABANDONMENT OF PROPERTY**

On request of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset of inconsequential value to the estate, to-wit:

2184 Bluegrama Drive, Burlington, KY 41005

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED.

/s/ Michael L Baker
Michael L Baker

1

## CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE/NO OBJECTION

This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice request appears thereon or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

    Respectfully Submitted,

    /s/ Matthew Murtland
    Shapiro, Van Ess, Phillips & Barragate, LLP
    Matthew Murtland (KY-96516)
    4805 Montgomery Road, Suite 320
    Norwood, OH 45212
    Phone: (513) 396-8100
    Fax: (847) 627-8805
    Email: mmurtland@logs.com

EXHIBIT "A"
LEGAL DESCRIPTION

Being all of Lot Number 26 of Summerset Farm Subdivision, Section 2, as recorded in Plat Slide 338B, of the Boone County Clerk's records at Burlington, Kentucky.

Subject to a Declaration of Restrictive Covenants for Summerset Farm Subdivision as recorded in Miscellaneous Book 585, Page 80 of the Boone County Clerk's Records at Burlington, Kentucky.

The above described parcel also being subject to all real estate taxes and assessments and easements restrictions and/or rights-of-way of records.

Commonly known as:   2184 Bluegrama Drive
                     Burlington, KY 41005

Parcel No.  050.0013-026.00
Plat No.    Cabinet 2, Slide 388B
Group No.   3639

## CERTIFICATE OF SERVICE

       I certify that on May 13, 2019, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically to the following:

**Served by Regular U.S. Mail**

Thomas Taylor Pennix
1919 Georgetown Drive
Burlington, KY 41005

Teresa Lynn Pennix
1919 Georgetown Drive
Burlington, KY 41005


**Electronic Mail Notice List**

Craig L. Kendrick
7000 Houston Road
Bldg. 300, Ste. 25
Florence, KY 41042

Michael L Baker
541 Buttermilk Pike
Suite 500, Box 175710
Covington, KY 41017

U.S. Trustee
U.S. Trustee
100 East Vine Suite #500
Lexington, KY 40507

                                      /s/ Matthew Murtland
                                      Shapiro, Van Ess, Phillips & Barragate, LLP
                                      Matthew Murtland (KY-96516)
                                      4805 Montgomery Road, Suite 320
                                      Norwood, OH 45212
                                      Phone: (513) 396-8100
                                      Fax: (847) 627-8805
                                      Email: mmurtland@logs.com